**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-10500 |
| Plaintiff - Appellee, | D.C. No. 2:03-cr-00804-DGC |
| v. | |
| FRANK NICHOLAS PELLEGRINO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David G. Campbell, District Judge, Presiding

Submitted December 15, 2009[**]

Before:     GOODWIN, WALLACE, and FISHER, Circuit Judges.

Frank Nicholas Pellegrino appeals from the 120-month sentence imposed

following his guilty-plea conviction for conspiracy to possess with intent to

distribute 1000 kilograms or more of marijuana and conspiracy to commit money

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

JC/Research

laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(i), (h), and 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vii), and 846. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Pellegrino contends the district court erred by determining that the ten-year statutory minimum sentence under § 841(b)(1)(A) trumped the sentencing principles set forth in 18 U.S.C. § 3553(a). Pellegrino waived this contention by agreeing to a ten-year statutory minimum sentence, and declining the district court's invitation to prepare supplemental briefing on the issue. *See United States v. Olano*, 507 U.S. 725, 733 (1993).

**AFFIRMED.**